

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00045-CV

| | | |
|---|---|---|
| Deborah Kay Logsdon and Mark Allen Logsdon | § | From the 233rd District Court |
| | § | of Tarrant County (233-510709-12) |
| v. | § | November 25, 2015 |
| Mark Edward Logsdon | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the first three paragraphs under the heading "Judgment" on page 24 of the corrected final decree of divorce so that the new first paragraph under the heading "Judgment" will begin with the following: "The Court finds that CAROLE ORTH has satisfactorily discharged all of the attorney duties and obligations under chapter 107 of the Texas Family Code, . . . ." It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
        Justice Sue Walker